

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-9-2014

# George Cadapan v. Attorney General United States

Precedential or Non-Precedential: Precedential

Docket No. 13-1944

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"George Cadapan v. Attorney General United States" (2014). *2014 Decisions.* Paper 488.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/488

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 26, 2014

No. 13-1944

GEORGE ACUPANDA CADAPAN,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

(Agency No. A077-045-577)

Present: RENDELL, SMITH and HARDIMAN, Circuit Judges

1. Respondent's Motion for Publication of the Court's March 20, 2014 Opinion;

2. Petitioner's Response to Respondent's Motion for Publication.

Respectfully,
Clerk/smw

_____ORDER_____
The foregoing motion to reissue the opinion as a precedential opinion is granted.

By the Court,

s/ MARJORIE O. RENDELL
Circuit Judge

Dated: May 9, 2014
Smw/cc:    Valerie A. Burch, Esq.
           Carmel A. Morgan, Esq



**A True Copy:**

Marcia M. Waldron, Clerk